IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01175-WYD-MEH

COBBLER NEVADA, LLC,

    Plaintiff,

v.

DOES 1-26,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2015.**

    In light of District Judge Wiley E. Daniel's Order dismissing this case in its entirety [*see* docket #29], Defendant John Doe #5's Motion to Quash Subpoena [filed October 6, 2015; docket #31] is **denied as moot**.